**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 26, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00810-CV

---

### IN RE MICROWAVE NETWORKS INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-64733-A**

---

## MEMORANDUM OPINION

On October 14, 2019, relator Microwave Networks Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221.; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Ursula A. Hall, presiding judge of the 165th District Court of Harris County, to: (1) vacate

her October 7, 2019 order denying relator's motion to dissolve the writ of garnishment and (2) to dissolve such writ.

On November 14, 2019, relator filed a motion to dismiss its petition for writ of mandamus due to a settlement of the underlying action.

Accordingly, we GRANT the motion and DISMISS relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.